1  TERRY J. CARE, ESQ. (NSBN 4650)
   AARON D. SHIPLEY, ESQ. (NSBN 8258)
2  McDONALD CARANO & WILSON LLP
   2300 West Sahara Avenue, Suite 1000
3  Las Vegas, Nevada 89102
   Telephone: 702.873.4100
4  Facsimile: 702.873.9966
   tcare@mcdonaldcarano.com
5  ashipley@mcdonaldcarano.com
   *Attorneys for Ashley Furniture Industries, Inc.,*
6  *Southwestern Furniture of Wisconsin, LLC and*
   *Ashley Homestores. Ltd.*
7

8                UNITED STATES DISTRICT COURT

9                     DISTRICT OF NEVADA

10 LEASECO, LC, a Nevada Limited Liability       Case No.: 2:09-CV-01019-LDG-RJJ
   Company,
11
                    Plaintiff,                   **STIPULATION AND ORDER TO**
12                                               **DISMISS WITH PREJUDICE**
   v.
13
   SOUTHWESTERN FURNITURE OF
14 WISCONSIN, LLC, a Wisconsin Limited
   Liability Company; ASHLEY
15 HOMESTORES, LTD., a Wisconsin
   Corporation; and ASHLEY FURNITURE
16 INDUSTRIES, INC., a Wisconsin Corporation,

17 Defendants.

18 AND RELATED COUNTERCLAIMS

19

20      Plaintiff LEASECO, LC through its counsel, Lionel Sawyer & Collins, Defendants

21 SOUTHWESTERN FURNITURE OF WISCONSIN, LLC, ASHLEY HOMESTORES, LTD.

22 and ASHLEY FURNITURE INDUSTRIES, INC. ("Ashley"), through their counsel, McDonald

23 Carano Wilson LLP, hereby stipulate and agree as follows:

24      1.   That this matter in its entirety be dismissed with prejudice as to all parties;

25      2.   That each party shall bear its own attorneys' fees, costs, and professional

26           expenses incurred herein; and,

3.  The trial date currently scheduled for January 24, 2011, along with the calendar call scheduled for January 18, 2011, be vacated.

DATED this 9th day of November, 2010.      DATED this 10th day of November, 2010.

LIONEL SAWYER & COLLINS                    McDONALD CARANO WILSON LLP

_____             _____
Cam Ferenbach, NV Bar No. 96               Terry Care, NV Bar No. 4650
Kelly Kichline, NV Bar No. 10642           Aaron Shipley, NV Bar No. 8258
300 S. Fourth St., #1700                   2300 W. Sahara Ave., Suite 1000
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89102
*Attorneys for Leaseco, LC*                *Attorneys for Ashley Furniture Industries, Inc., Southwestern Furniture of Wisconsin, LLC and Ashley Homestores. Ltd.*

IT IS SO ORDERED.

Dated: __10 No__, 2010

_____
Judge Lloyd D. George
Case No.: 2:09-cv-01019-LDG-RJJ